UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BENNIE N. HUNT, JR.,<br><br>                              Plaintiff,<br>        v.<br><br>U.S. POST OFFICE,<br><br>                              Defendant. | **2:18-cv-11642 (KM)(CLW)**<br><br>**REPORT AND RECOMMENDATION** |

WHEREAS Plaintiff Bennie N. Hunt, Jr. ("Plaintiff") initiated this action on or about July 13, 2018 [D.E. 1]; and

WHEREAS despite being advised of the instructions for proper service, Plaintiff has failed to effectuate service upon the Attorney General of the United States as required by Fed. R. Civ. P. 4(i)(1)-(2) [D.E. 22, 23]; and

WHEREAS on a telephone conference held on December 21, 2020, Plaintiff advised the Court that he no longer wished to pursue this action [D.E. 26]; and

WHEREAS on December 22, 2020, the Court issued an Order permitting Plaintiff thirty (30) days to effectuate service or risk dismissal of this action, which Order was mailed to the Plaintiff by the Office of the Clerk [D.E. 25]; and

WHEREAS the Court held a Show Cause Hearing via Zoom on February 1, 2020, for which Plaintiff failed to appear [D.E. 24, 26]; and

WHEREAS Plaintiff has not advised the Court of his intention to pursue this matter;

IT IS RESPECTFULLY RECOMMENDED on this 2nd day of February, 2021:

that the above case be dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to any party; and

IT IS FURTHER RESPECTFULLY RECOMMENDED

that the Clerk of Court close this case accordingly.

The parties have fourteen (14) days to file and serve objections to this Report and Recommendation pursuant to 28 U.S.C 636 and L. Civ. R. 71.1(c)(2).

/s/ Cathy L. Waldor
Cathy L. Waldor
United States Magistrate Judge