# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENNIE N. HUNT, JR., <br><br> Plaintiff, <br><br> v. <br><br> U.S. POST OFFICE, <br><br> Defendant. | Civ. No. 18-11642 (KM) <br><br> ORDER |

IT APPEARING that the Hon. Cathy L. Waldor, has filed a Report and Recommendation (DE 27) that this case be dismissed for failure to effect service, *see* Fed. R. Civ. P. 4(i), after issuance of an order to show cause and being advised by the plaintiff that he did not wish to pursue the case; and

IT FURTHER APPEARING that the deadline for objections to the Report and Recommendation was February 16, 2021, *see* 28 U.S.C. § 636, D.N.J. Local Civ. R. 7.1(c)(2), and that no such objection has been received; and

THE COURT HAVING REVIEWED Judge Waldor's Report and Recommendation, and found no clear error of fact, abuse of discretion, or error of law;

IT IS this 25th day of May, 2021,

ORDERED that the Report and Recommendation (DE 27) is AFFIRMED and ADOPTED IN FULL; and it is further

ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The clerk shall close the file.

/s/ Kevin McNulty
_____
**HON. KEVIN MCNULTY, U.S.D.J.**